UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-341 (RMU) |
| : | |
| ALFREDO : | |
| VENGOECHEA-MENDEZ, *et al.*, : | |
| : | |
| Defendants. : | |

**ORDER**

FILED
OCT 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 19th day of October 2006,

**ORDERED** that the interim status hearing in the above-captioned case scheduled for November 2, 2006 at 10:00 am is hereby **VACATED** and **RESCHEDULED** for 11:30 am.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge