UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
            v.                   :    Criminal Action No.: 05-341   (RMU)
                                 :
ALFREDO VENGOECHEA-MENDEZ,       :
            et al.,              :
                                 :    **FILED**
            Defendant.           :
                                      NOV 2 - 2006

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 2nd day of November 2006,

**ORDERED** that a status hearing in the above-captioned case shall take place on December 12, 2006 at 10:30 a.m.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge