NOTICE OF APPEARANCE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON   DC   20001-2800

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| *v* ) | Criminal Nº 05-341-05 (RMU) |
| ) | |
| ) | |
| RAFAEL EDUARDO RUIZ ALVEAR ) | |

TO:   CLERK OF THE COURT

PLEASE NOTE THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:  (Please check one)

✔ CJA          ☐ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

*Joseph Virgilio*
_____
**Joseph Virgilio   (Bar Nº 237370)**
**1629 K Street NW**
**Suite 300**
**Washington   DC   20006**
**202.686.6914**