P.01
CO-180 (Rev. 4/02)

# WARRANT FOR ARREST

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Unsealed<br>~~SEALED~~ v.<br>ALFREDO MANUEL DE VENGOECHEA-MENDEZ, et. al. | DOCKET NO:<br>05-341 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Rafael Eduardo Ruiz-Alvear #5<br>a/k/a Rafael | |
| DOB: PDID: | **FILED** | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | JUL 24 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

DISTRIBUTION OF FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WILL BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _____ Deputy Clerk

UNITED STATES CODE TITLE & SECTION:

IN VIOLATION OF: 21:959, 960 and 963; 21:959; 18:2; and 21:853 and 970

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| HWOB | | |
| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JOHN M. FACCIOLA | DATE ISSUED:<br>September 14, 2005 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>9/14/05 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED SEPT 14, 2005 | NAME AND TITLE OF ARRESTING OFFICER<br>JOHN M. LONG CI/DUSM<br>U.S. MARSHALS | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| HIDTA  Yes __  No X | OCDETF CASE: | Yes __ No X |
| CASE: | | |