UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  05-341-05 (RMU) |
| | ) | |
| | ) | |
| **RAFAEL EDUARDO RUIZ-ALVEAR** | ) | |
| **a.k.a. "Rafael"** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## PROPOSED ORDER OF DETENTION

Upon consideration of the Government' motion to detain the defendants without bond

pending trial pursuant to 18 U.S.C. § 3142 and the record herein, it is, this _____ day of

_____, 2007,

ORDERED, that the Government's motion is granted and that defendants Rafael Eduardo

Ruiz-Alvear will be held without bond pending trial. In support of this ruling, the Court makes

the following findings:

1.  There is a presumption that the defendants should be detained because they has been charged

by Indictment with an offense for which a maximum term of imprisonment of ten years of more

is prescribed under the Controlled Substances Act. 18 U.S.C. § 3142(e).

2.  The defendants have no ties to the United States and his  personal characteristics support the

conclusion that he is a risk of flight if released.

3.   The defendants are a danger to the community in general as a result of his drug trafficking

activities.

4.   The defendants have not rebutted the presumption contained in the Bail Reform Act and

accordingly, no condition or combination of conditions will reasonably assure the appearance of

the defendants at trial. See 18 U.S.C. § 3142(e).

5.    The defendants shall be committed to the custody of the Attorney General for confinement

in a corrections facility, separate, to the extent practicable, from persons awaiting or serving

sentences or being held in custody pending appeal. 18 U.S.C. § 3142(i)(2).

6.    The defendants shall be afforded reasonable opportunity for private consultation with

counsel.  18 U.S.C. § 3142(i)(3).


_____

Honorable Deborah A. Robinson
United States Magistrate Judge
United States District Court