## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

     : 

             v.             :     Criminal Action No.: 05-0341 (RMU)

     :

VENGOECHEA-MENDEZ, *et. al.*,      :

     :

         Defendant.      :            **FILED**

### O R D E R

AUG 1 0 2007

It is this 10th day of August 2007,

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDERED** that a trial hearing in the above-captioned case shall take place on August 15, 2008 at 9:30.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge