UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA            *

v                                   *   Criminal Nº 05-341-05 (RMU)

#5: RAFAEL EDUARDO RUIZ ALVEAR      *

ORDER

Upon consideration of defendant's oral motion for transfer to the District of Columbia Department of Corrections Central Treatment Facility ("CTF"), 1901 E Street SE, Washington DC, without opposition by the government, and for good cause shown, this Court hereby **GRANTS** the motion and it is hereby

**ORDERED** that the District of Columbia Department of Corrections immediately transfer defendant to CTF.

SO ORDERED this 13th day of August 2007.

_____
RICARDO M URBINA
United States District Judge

Copies to:

Joseph Virgilio, Esquire
1629 K Street NW
Suite 300
Washington DC 20006

Patrick H Hearn, Esquire
US Department of Justice
1400 New York Avenue NW
Washington DC 20530

Brenda Baldwin-White
General Counsel
DC Department of Corrections
1923 Vermont Avenue NW
Washington DC 20001