UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                               :
             v.                :   Criminal Action No.: 05-341 (RMU)
                               :   Defts. 2, 3, 5 6 & 7
ALFREDO MANUEL                 :
DEVENGOECHEA-MENDEZ et al,     :   **FILED**
                               :
            Defendants.        :   DEC 1 8 2007
                                   NANCY MAYER WHITTINGTON, CLERK
                  **ORDER**            U.S. DISTRICT COURT

It is this 18th day of December 2007, hereby

**ORDERED** a status hearing in the above-captioned case shall take place on ~~February~~ Feb. 21 2008 at 10:30. Am

**SO ORDERED.**

                                    Ricardo M. Urbina
                                    United States District Judge