UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-341 (RMU) |
| | : | |
| DEVENGOECHEA et al., | : | |
| *Dfts 2, 3, 5, 6 + 7* | : | **FILED** |
| Defendants. | : | JUN 1 9 2008 |

**O R D E R**

Clerk, U.S. District and
Bankruptcy Courts

It is this 19th day of June 2008, hereby

**ORDERED** a status hearing in the above-captioned case shall take place on August *18*, 2008 at 2:00 pm.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

