UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
        v.                        :     Criminal Action No.: 05-0341 (RMU)
                                  :
DE VENGOECHEA-MENDEZ, et al.,     :
*Defts. 2, 3, 5, 6 + 7*           :     **FILED**
        Defendant.                :
                                  :     AUG 18 2008
                                        Clerk, U.S. District and
                **ORDER**               Bankruptcy Courts

It is this 18th day of August, 2008, hereby

**ORDERED** that a ___Status___ hearing in the above-captioned case shall take place on ___September 8, 2008___ at ___2:00 pm___.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Ricardo M. Urbina
　　　　　　　　　　　　　　　　　　　United States District Judge

